UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-314 |
| | : | |
| v. | : | |
| | : | |
| ROBERT BRUENING, | : | |
| | : | VIOLATION: 18 U.S.C. § 1343 |
| Defendant. | : | (Wire Fraud) |

WALTON, J. RBW

INFORMATION

NOV 14 2007

The United States informs the Court:

A. Introduction

At all times material to this Information:

1. Between in or about February, 2005 and May, 2005 Defendant ROBERT BRUENING was employed as the Director of the Metro D.C. Community Center located in the District of Columbia.

2. In February, 2005, defendant Bruening discovered that a member of his community center, Geraldine Linder passed away. Notwithstanding the fact that defendant had no relationship with Geraldine Linder and had not known her for any significant length of time, or had any friendship with her, defendant went to Linder's residence and stole personal identifying information along with bank and investment account information. In March and April, 2005, defendant, while posing as Linder, instructed financial institutions which held decedent's money and assets to close the accounts and to send all funds to the defendant's address in Washington, D.C. in Linder's name. In or about March, 2005, defendant opened an account in New York, New York and deposited the stolen funds in that account. Shortly thereafter the funds were sent by his financial institution to the decedent at defendant's address consistent with defendant Bruening's instructions. Subsequently,

defendant caused the New York bank to wire those funds into his roommate's account in Washington, D.C.

3. From in or about February, 2005 and continuing through in or about May, 2005, in the District of Columbia, and elsewhere, defendant ROBERT BRUENING knowingly and willfully created and executed a scheme to obtain wrongfully the money and property of Geraldine Linder by making false representations to the financial institutions, lying in an official Court affidavit, and creating false documents and records and presenting them to various financial institutions in order to receive amounts of money to which he knew he was not entitled.

4. In furtherance of his scheme and artifice and for the purpose of executing the scheme and artifice between on or about April, 2005 and May, 2005, in the District of Columbia and elsewhere, Defendant ROBERT BRUENING did knowingly cause to be transmitted writings, sounds and signals by means of wire communication in interstate commerce funds from J.P. Morgan Bank in New York, New York to a bank in Washington, D.C. for the purpose of obtaining approximately $150,000.00 from the decedent's estate to which he knew he was not entitled.

**(Wire Fraud, in violation of 18 U.S.C. § 1343)**

JEFFREY A. TAYLOR
United States Attorney

By: _____
JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar # 417136
555 4th Street, N.W., Room 4832
Washington, D.C. 20530
(202) 514-8203
Julieanne.Himelstein@usdoj.gov