UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   07-314 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ROBERT BRUENING** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the plea hearing in this matter. In support of this motion, the government submits the following:

1. The plea hearing in this matter is currently scheduled for December 18, 2006.

2. Assistant United States Attorney Julieanne Himelstein just completed a trial before Judge Robertson, and then traveled to attend her daughter's college graduation. Therefore, undersigned counsel respectfully requests that the hearing be set for a date in January, 2008.

3. Defense counsel has no objection to a continuance in this matter.

1

WHEREFORE, for the reasons stated above, the government respectfully requests that the plea hearing in this matter be continued.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Julieanne Himelstein
Assistant United States Attorney
Major Crimes Section,   Bar No. 417-136
555 4th Street, N.W.  #4832
Washington, DC 20001
Phone: 514-8203; Fax: 353-9414
julieanne.himelstein@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.   07-314 (RBW) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ROBERT BRUENING** | : | |

# ORDER

On the government's motion to continue the scheduled plea hearing date and the record of the above-captioned case, the Court hereby ORDERS that the December 18, 2007 plea hearing date is vacated. The plea hearing date is rescheduled to _____, 2008.

_____                                         _____
Date                                                                              The Honorable Reggie J. Walton
                                                                                         United States District Court Judge


cc:

Julieanne Himelstein
Assistant United States Attorney
555 Fourth St. N.W.
Room 4832
Washington, D.C. 20530

Bernard Grimm, Esquire