UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   07-314 (RBW) |
| v. | : | |
| | : | **FILED** |
| ROBERT BRUENING | : | DEC 1 8 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

On the government's motion to continue the scheduled plea hearing date and the record of the above-captioned case, the Court hereby ORDERS that the December 18, 2007 plea hearing date is vacated. The plea hearing date is rescheduled to _January 25_, 2008. @ 10:00a

_December 18, 2007_
Date

_Reggie B. Walton_
The Honorable Reggie J. Walton
United States District Court Judge

cc:

Julieanne Himelstein
Assistant United States Attorney
555 Fourth St. N.W.
Room 4832
Washington, D.C. 20530

Bernard Grimm, Esquire