## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**United States,**
*Plaintiff*

                        No. 1:07-CR-314
      **v.**                          RBW

**ROBERT BRUENING**
  *Defendant*.

## PRAECIPE

The clerk of the court will please note the appearance of Bernard Grimm of the law firm of Cozen O'Connor, 1627 I Street NW, Suite 1100, Washington, DC 20006, as counsel for the defendant in the above-captioned matter.

                    Respectfully submitted,

                    _/s/_____
                    Bernard Grimm (D.C. Bar No. 378171)
                    COZEN O'CONNOR, P.C.
                    1627 I Street, N.W., Suite 1100
                    Washington, D.C. 20006
                    (202) 912-4800
                    (202) 912-4830 (fax)

                    Counsel for Robert Bruening

Dated:   December 26, 2007

2

## CERTIFICATE OF SERVICE

The foregoing praecipe was served on December 26, 2007 via CM/ECF to:

Julieanne Himelstein
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-8203
Fax: (202) 305-8537
Email: julieanne.himelstein@usdoj.gov

_/s/_____
Bernard Grimm

2