## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 07-314 |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT BRUENING** | : | FILED |
| | : | |
| **Defendant.** | : | FEB 1 2008 |
| | : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that between on or about March, 2005 and May, 2007, the defendant Robert Bruening committed the offense of Wire Fraud, in violation of 18 U.S.C. § 1343.

In or about February, 2005, while employed as the Director of the Metro D.C. Community Center, a social organization located at 1111 14th Street, NW in Washington, D.C., defendant discovered that an elderly member of the organization had died. Upon receiving that information, defendant went to the decedent's residence in Washington, D.C., rummaged through her personal belongings, and took personal papers which contained decedent's social security number, bank account information, PIN information, and other investment records and personal information.

Between in or about March, 2005 and April, 2005, defendant, falsely used the decedent's personal information that he had taken and instructed the following financial institutions to close decedent's accounts and to send the balances in the decedent's name to the defendant's address on Church Street, NW in Washington, D.C.:

| March 21, 2005 | U.S. Government's Security Fund: | $70, 353 |
| March 28, 2005 | Franklin Insured Tax Free Income Fund: | $64, 187 |
| April 13, 2005 | Pioneer Value Fund | $16, 307 |

In response to defendant's instructions and under the belief that the institutions were transacting business with the decedent, each of the above-referenced institutions sent those funds in the decedent's name to the defendant's address on Church Street, NW in Washington, D.C.

On or about March 18, 2005, defendant opened a checking account ONLINE, in his name at J.P. Morgan Chase Bank and Company in New York City, New York. In April, 2005, defendant deposited the three stolen checks of $70,353, $64, 187 and $16,307 into that account.

~~On March 22, 2005, the defendant applied to be the special administrator of decedent's estate, falsely claiming that he had known decedent for "twenty years", and "had considered her a friend for this entire period. In fact, defendant only knew decedent for a very short period of time as a member of the organization.~~

Between in or about April, 2005 until May, 2005, defendant caused J.P. Morgan Chase Bank to wire funds in the amount of approximately $58,000 to a checking account, in his roommate's name, to which defendant had free and total access by ATM card and PIN number.

On October, 22, 2007, defendant admitted stealing the funds from the decedent's accounts, closing out all funds and having them sent to his address, depositing the money into the J.P. Morgan Account, and causing funds to be wired from that account in New York into his roommate's account in Washington, D.C. Furthermore, ~~defendant admitted lying on the affidavit to become the executor of decedent's estate.~~

## Defendant's Acceptance of Factual Proffer

I have read entirely this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. The facts set forth above are true and accurate. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

1/31/08
_____                   _____
Date                                       Robert Bruening


## Defense Counsel's Acknowledgment

I am Robert Bruening's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with her.

1/31/08
_____                   _____
Date                                       Bernard Grimm, Esq.