UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. :
: Case Number: 07-314
ROBERT BRUENING :
:
:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this ___1ST___ day of ___FEBRUARY___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _2/1/08_ by ___Det. Espinosa___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___MPD___ _____ for "routine processing." and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ___Detective Richard Espinoza___ _ for the purpose of "routine processing." and at the conclusion thereof to return the defendant to the custody of the Marshal.

JUDGE WALTON

/s/ Reggie B. Walton
_____

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: /s/ Julieanne Himelstein
_____
JULIEANNE HIMELSTEIN
D.C. Bar # 417-136
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., 4TH Floor
Washington, D.C.  20530
(202) 514-8203