IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States,

v.

No. 1:07-CR-314
RBW

**ROBERT BRUENING**
*Defendant.*

### MOTION TO VACATE SENTENCING DATE

Mr. Bruening, through counsel, respectfully moves this Court to vacate the current Sentencing date of May 9th at 9:30 before this Court. As grounds for this Motion, counsel would state the following:

1. Mr. Bruening appeared before this Court on February 1, 2008 and entered an plea of guilty to an Information charging one count of Fraud.

2. Mr. Bruening was released on his own recognizance by the Court. On February 26th Mr. Bruening appeared at Pre-Trial Services for a standard face-to-face check-in and was arrested on an outstanding warrant for Theft from Monroe County, Florida. Mr. Bruening waived extradition and was taken to Monroe County Detention Center where he remains held without bond.

3. According to his lawyer, Steve Isherwood, Mr. Bruening's case in Florida will not be resolved until after the matter before this Court. The prosecutor in Florida is aware of Mr. Bruening's current charge before this Court.

4. Counsel has confirmed all these facts with Mr. Bruening's defense counsel.

5. Counsel would ask that this matter be taken off the courts calendar.

6. Counsel has spoken with Ms. Julieanne Himelstein, the AUSA assigned to this

matter and she has no opposition to the Court vacating this sentencing date.

7.  Counsel will notify the parties of the resolution of Mr. Bruening's current case in Florida.

Respectfully submitted,

_/s/ Bernard Grimm_

Bernard Grimm (D.C. Bar No. 378171)
COZEN O'CONNOR, P.C.
1627 I Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 912-4800
(202) 912-4830 (fax)

Counsel for Robert Bruening

Dated:  May 7, 2008

## CERTIFICATE OF SERVICE

The foregoing Motion was served on May 7th, 2008 via hand-delivery to:

Julieanne Himelstein
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-8203
Fax: (202) 305-8537
Email: julieanne.himelstein@usdoj.gov

_/s/ Bernard Grimm_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States,**

                                                  No. 1:07-CR-314

**v.**                                                  RBW

**ROBERT BRUENING**
       *Defendant*.

## **ORDER**

THE COURT having read and considered the Motion to Vacate Sentencing Date and to remove matter from the Court's calendar, it is this _____ day of May 2008, hereby

ORDERED that the Sentencing date of May 9th, 2008 is hereby vacated. Both counsel are available to appear at any new Sentencing or Status date between July 11th and August 11th, 2008.

                                                                _____
                                                                          Reggie B. Walton
                                           District Court Judge for the District of Columbia