**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# FILED

**United States,**

MAY **3 0** 2008

No. 1:07-CR-314

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**v.**

RBW

**ROBERT BRUENING**
        *Defendant.*

## ORDER

THE COURT having read and considered the Motion to Vacate Sentencing Date and to

remove matter from the Court's calendar, it is this _____8_____ day of May 2008, hereby

ORDERED that the Sentencing date of May 9th, 2008 is hereby vacated. Both counsel

are available to appear at any new Sentencing or Status date between July 11th and August 11th,

2008.

Reggie B. Walton
District Court Judge for the District of Columbia

RECEIVED

MAY 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT