IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,

v.

No. 1:07-CR-314
RBW

**ROBERT BRUENING**
*Defendant.*

## STATUS REPORT

Mr. Bruening, through counsel, respectfully moves this Court to set a sentencing date in the above-referenced captioned case. As grounds for this motion, counsel would state the following:

1. Mr. Bruening appeared before this Court on February 1, 2008 date and pled guilty to one count of fraud.

2. He was instructed by the Court to report to pre-trial services the following day. When he did, he was notified by pre-trial services that he had an outstanding warrant for his arrest from Monroe County, Florida. Mr. Bruening was arrested and extradited to Florida. On June 4, 2008, Mr. Bruening pled guilty to one count of credit card theft for an event that occurred prior to Mr. Bruening's arrest in this matter. Mr. Bruening was placed on probation with conditions. His probation was transferred to Maryland with the permission of the Court in Florida. Counsel would ask for the Court to set a sentencing date in this case.

Counsel will contact the Court's deputy clerk to arrange a mutually convenient date. Mr. Bruening is residing at 1337 Templeton Place, Rockville, Maryland 20852 and is checking in with pretrial services weekly.

Respectfully submitted,

_____
Bernard Grimm (D.C. Bar No. 378171)
COZEN O'CONNOR, P.C.
1627 I Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 912-4800
(202) 912-4830 (fax)

Counsel for Robert Bruening

Dated:   July 3, 2008

## CERTIFICATE OF SERVICE

The foregoing Motion was served on July 3, 2008 via hand-delivery to:

Julieanne Himelstein
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-8203
Fax: (202) 305-8537
Email: julieanne.himelstein@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States,**

No. 1:07-CR-314
RBW

v.

**ROBERT BRUENING**
*Defendant.*

## ORDER

THE COURT having read and considered the Motion to Set Sentencing Date, it is this

_____ day of July 2008, hereby

ORDERED that the Sentencing date of be set for _____, 2008 at _____ am.

_____
Reggie B. Walton
District Court Judge for the District of Columbia